In the Matter of JAMES E. PENNINGTON, Appellant, v JAMES WOYTASH, MD, DDS, Respondent.

Submitted March 23, 2009; decided May 12, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEE WILLIAMS, Appellant, v D.E. LACLAIR, as Superintendent of Franklin Correctional Facility, Respondent.

Decided May 12, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

PORTFOLIO RECOVERY ASSOCIATES, LLC, Respondent, v JARED KING, Appellant.

Submitted March 16, 2009; decided May 12, 2009

Motion by Lincoln Square Legal Services, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.